METROPOLITAN PETROLEUM CORPORATION OF DELAWARE, Respondent, v. RICHMOND LEVERING and Others, Impleaded with HARRY CONTENT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM R. CRAIG, Respondent, v. WILLIAM P. JENKS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, Respondent, v. JOHN FARSON and Another, Individually and as Copartners, etc., Appellants. — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

In the Matter of the Application for Letters of Administration on the Goods, Chattels and Credits of ARON DATESGOLD, Deceased. REBECCA DATESGOLD, as Administratrix, etc., Appellant; ANNA SCHIFF and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and the motion granted, and the time of the appellant in which to serve said proposed case is extended for ten days from date of entry of this order. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ELSIE B. FOWLER, Respondent, v. CHARLES H. POWERS and Others, Impleaded with HARRY L. POWERS, as Executor and Trustee, etc., Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ANITA L. REOHR, Respondent, v. CHARLES D. REOHR, Appellant.— Order modified by reducing counsel fee to the sum of $500, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

PITTSBURG WOOL CO., INC., Respondent, v. HANS SCHMIDT, Doing Business under the Trade Name and Style of SCHOELLKOPF & Co., Appellant. — Order reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.